Case 2:02-cv-01138-FCD-JFM   Document 195   Filed 12/06/02   Page 1 of 3

FILED

DEC - 5 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BANKERS ASSOCIATION, a national trade association; AMERICA'S COMMUNITY BANKERS, a national trade association; CHASE MANHATTAN BANK USA, N.A., a national banking association; CITIBANK (SOUTH DAKOTA), N.A., a national banking association; CONSUMER BANKERS ASSOCIATION, a national trade association; FIRST USA BANK, N.A., a national banking association; HOUSEHOLD BANK (SB), N.A., a national banking association; INDEPENDENT COMMUNITY BANKERS OF AMERICA, a national trade association; MBNA AMERICA BANK, N.A., a national banking association; NATIONAL ASSOCIATION OF FEDERAL CREDIT UNIONS, a national trade association,<br>    Plaintiffs,<br>    v.<br>BILL LOCKYER, in his official capacity as Attorney General of the State of California; KATHLEEN HAMILTON, Director of the California Department of Consumer Affairs, DOES 1 through 25,<br>    Defendants. | Case No. CIV.S-02-1138 FCD (JFM)<br><br>[PROPOSED] ORDER GRANTING MOTION OF CONSUMERS UNION OF U.S., INC., CONSUMER ACTION, CALIFORNIA PUBLIC INTEREST RESEARCH GROUP, CONSUMER FEDERATION OF AMERICA, NATIONAL CONSUMER LAW CENTER, U.S. PIRG, AND AARP FOR LEAVE TO APPEAR AS AMICUS CURIAE |

### [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

The Court, having reviewed the Motion By the Consumers Union of U.S., Inc., Consumer Action, California Public Interest Research Group, Consumer Federation of America, National Consumer Law Center, U.S. PIRG and AARP for Leave to Appear as *Amici Curiae*, and all responses thereto, hereby orders the motion GRANTED.

IT IS SO ORDERED

Dated: 12/5, 2002

_____
The Hon. Frank C. Damrell, Jr.
United States District Judge

-1-

```
              United States District Court
                       for the
              Eastern District of California
                     December 6, 2002


              * * CERTIFICATE OF SERVICE * *


                                  2:02-cv-01138


American Bankers

    v.

Lockyer

_____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 6, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     John Joseph Quinn Jr                 MP/FCD
     Arnold and Porter
     777 South Figueroa Street
     44th Floor
     Los Angeles, CA   90017-2513

     Dennis G Lyons
     PRO HAC VICE
     Arnold and Porter
     555 Twelfth Street Northwest
     Washington, DC   20004

     Michele J Woods
     PRO HAC VICE
     Arnold and Porter
     555 Twelfth Street Northwest
     Washington, DC   20004

     Christine E Koh
     PRO HAC VICE
     Arnold and Porter
     555 Twelfth Street Northwest
     Washington, DC   20004

     Howard N Cayne
     PRO HAC VICE
```

Arnold and Porter
555 Twelfth Street Northwest
Washington, DC 20004

Susan Eileen Henrichsen
Attorney General of the State of California
PO Box 85266
110 West A Street
Suite 1100
San Diego, CA 92186-5266

Robyn Cerny Smith
Attorney General's Office of the State of California
Department of Justice
300 South Spring Street
Fifth Floor
Los Angeles, CA 90013-1204

Douglas B Jordan
NOT EDCA ADMITTED
Office of the Comptroller of the Currency
250 E Street SW
Washington, DC 20219

Jeffrey Allen Rich
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA 94244-2550

Deanne Loonin
NOT EDCA ADMITTED
National Consumer Law Center
77 Summer Street
Tenth Floor
Boston, MA 02110


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk